UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND
NICOLE LEA GORDON

**PLAINTIFF, THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO FILE MOTION FOR SUMMARY JUDGMENT OUT OF TIME**

Now comes the Plaintiff, The Standard Fire Insurance Company (hereinafter "Standard") and respectfully requests that this court allow it to file its Motion for Summary Judgment and supporting Memorandum of Law out of time. In support of said motion the Plaintiff states the following:

1. On or about May 23, 2005, the parties filed a joint Motion to Extend the Pretrial Order as the Court had not yet rendered a decision on the Defendants' Motion to Dismiss which was heard on January 7, 2005. (Exhibit A – Motion to Extend)

2. On May 26, 2005, the court granted the Motion to Extend the Pretrial Order as to Fact Discovery Closure and Dispositive Motions for sixty (60) days.

3. On or about June 10, 2005, the court rendered a decision on the Defendants' Motion to Dismiss, denying the motion.

4. A ruling on Plaintiff's Motion for Summary Judgment may obviate the need for a trial.

5. Granting this motion will not prejudice the parties.

Respectfully submitted,
Plaintiff, The Standard Fire Insurance Co.,
By its attorneys,

Ronald Langlois, # 2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

Dated: 8/5/05

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to **Robert Flaherty, Esquire, Gregory Sorbello, Esquire**, Flaherty & Lawrence, 70 Jefferson Boulevard, Warwick, RI 02888 and **Dennis J. Tente, Esquire**, Coletti & Tente, 311 Doric Avenue, Cranston, RI 02910 on the 5th day of August, 2005.