UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND
NICOLE LEA GORDON

**JOINT MOTION TO EXTEND THE PRETRIAL ORDER**

Now comes the parties in the above-entitled matter and respectfully request that this Honorable Court extend the Pretrial Order in this matter as to the Fact Discovery Closure and Dispositive Motions for sixty (60) days. In support of said motion, the parties state that this Honorable Court heard oral arguments on the Defendants' Motion to Dismiss on January 7, 2005. As of this date, no decision has been rendered as to that Motion. To date, the parties have taken no action in this matter. At this time, it would be a waste of the judicial economy to file a Motion for Summary Judgment since the Court has not rendered a decision on the Defendants' Motion to Dismiss.

EXHIBIT
A

Wherefore, the Parties are respectfully requesting that this Honorable Court extend the Fact Discovery Closure and Dispositive Motions deadlines sixty (60) days.

Plaintiff, Standard Property &
Casualty Company
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

Defendants,
By their attorneys,

Dennis Tente, Esq.
Coletti & Tente
311 Doric Avenue
Cranston, RI 02910

Robert Flaherty, Esq.
Flaherty & Lawrence
70 Jefferson Boulevard
Warwick, RI 02888

GRANTED
William E. Smith
U.S. District Judge
5/26/05

<u>**CERTIFICATION**</u>

I hereby certify that I mailed a true copy of the within to **Robert Flaherty, Esquire,** Flaherty & Lawrence, 70 Jefferson Boulevard, Warwick, RI 02888, and **Dennis Tente, Esquire,** Coletti & Tente, 311 Doric Avenue, Cranston, RI 02910 on the 23 day of May, 2005.