**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY | : | |
| VS. | : | C.A. NO. 04-351S |
| DONALD GORDON AND NICOLE LEA GORDON | : | |

**MOTION TO ENLARGE TIME**

Now comes the Defendant, NICOLE LEA GORDON, and moves this Honorable Court to enlarge the time allowed for her response to Plaintiff's Motion for Summary Judgment. As grounds therefor, Defendant avers:

1. Plaintiff has filed a Motion to File its Motion for Summary Judgment Out of Time and Defendant, NICOLE LEA GORDON, has objected thereto.

2. Depositions of the Defendants and of an Insurance Agent have been scheduled for August 16 and 17, 2005.

3. Should Defendant's, NICOLE LEA GORDON, Objection to Plaintiff's Motion to File its Motion for Summary Judgment Out of Time not be granted, Defendant would certainly need Deposition Transcripts to file an appropriate Objection to the Plaintiff's Motion for Summary Judgment.

**WHEREFORE**, Defendant, NICOLE LEA GORDON, requests:

1. That the time for her to object and respond to Plaintiff's Motion for Summary Judgment be enlarged to ten (10) days subsequent to the date in which she receives Transcripts of the Depositions now scheduled to be taken on August 16 and 17, 2005.

2. That at a minimum Defendant, NICOLE LEA GORDON, be allowed to respond to Plaintiff's Motion for Summary Judgment up to and including Friday, September 2, 2005.

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

NICOLE LEA GORDON
By her Attorney,

Dennis J. Tente

DENNIS J. TENTE, ESQ. #1949
**COLETTI & TENTE**
311 Doric Ave.
Cranston, RI 02910
Tel: (401) 941-4050
Fax: (401) 941-2130

**CERTIFICATION**

I hereby certify that true copies of the within Motion to Enlarge Time were mailed to Ronald Langlois, Esq., **SMITH & BRINK, P.C.**, One State St., Suite 400, Providence, RI 02908, Robert Flaherty, Esq. and Gregory Sorbello, Esq., **FLAHERTY & LAWRENCE**, 70 Jefferson Blvd., Warwick, RI 02888, postage prepaid, this 11th day of August, 2005.

Diane Catanzaro

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910

(401) 941-4050
Fax (401) 941-2130