UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE INSURANCE COMPANY

VS.

DONALD GORDON AND NICOLE LEA GORDON

C.A. NO. 04-351S

**DEFENDANT'S, NICOLE LEA GORDON, OBJECTION TO PLAINTIFF'S MOTION TO FILE MOTION FOR SUMMARY JUDGMENT OUT OF TIME**

Now comes the Defendant, NICOLE LEA GORDON, and objects to Plaintiff's Motion to File its Motion for Summary Judgment Out of Time. As grounds therefor, said Defendant states:

1. It is Defendant's understanding that prior to filing a Motion for Summary Judgment, counsel must request a conference with the Court.

2. No conference has been requested and had one been held, there would have been an indication that 3 Depositions had been scheduled for August 16 and 17, 2005.

3. Counsel for the Plaintiff was good enough to provide copies of an examination under oath of Defendant, DONALD GORDON, which was taken on October 29, 2002 to the Defendants. Unfortunately, certain Exhibits to the statement were not provided; one of which was Defendant's, DONALD GORDON, Application for Insurance, which are extremely important to the defense in this matter.

4. The Deposition Transcript, as well as the Exhibits to Defendant's, DONALD GORDON, statement under oath are necessary in order for the Defendants to appropriately respond to Plaintiff's Motion for Summary Judgment.

5. Granting Plaintiff's Motion to File its Motion for Summary Judgment Out of Time will certainly be prejudicial to the Defendants.

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

NICOLE LEA GORDON
By her Attorney,

Cranston, RI 02910
Tel: (401) 941-4050
Fax: (401) 941-2130

**CERTIFICATION**

I hereby certify that true copies of the within Objection to Plaintiff's Motion to File Motion for Summary Judgment Out of Time were mailed to Ronald Langlois, Esq., **SMITH & BRINK, P.C.**, One State St., Suite 400, Providence, RI 02908, Robert Flaherty, Esq. and Gregory Sorbello, Esq., **FLAHERTY & LAWRENCE**, 70 Jefferson Blvd., Warwick, RI 02888, postage prepaid, this 11th day of August, 2005.

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130