UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE STANDARD FIRE INSURANCE COMPANY<br>Plaintiff<br><br>v.<br><br>DONALD GORDON, AND NICOLE LEA GORDON<br>Defendants | C.A. NO.: 04-351S |

MOTION TO VACATE

Now comes Robert E. Flaherty, attorney for Donald Gordon, and moves the Court for an Order vacating the above-captioned matter from the Calendar to be called on August 23, 2005, and vacating all procedural orders issued pursuant thereto.

As grounds therefore, your movant avers that he has been excused from attendance by prior Order of the Court from August 12, 2005 through August 29, 2005 (Order appended hereto).

DONALD GORDON
Defendant,
By his Attorneys,

Robert E. Flaherty, Esq. (#2313)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
(401) 781-7200

CERTIFICATION

I, the undersigned, hereby certify that I did send a copy of the within via first class mail, postage prepaid, to Ronald Langlois, Esq., Smith & Bring, P.C., One State Street, Suite 400, Providence, Rhode Island 02908; Dennis Tente, Esq., Coletti & Tente, 311 Doric Avenue, Cranston, Rhode Island 02910 and to Michael DeLuca, Esq., Gidley, Sarli & Marusak, One Turks Head Place, Suite 900, Providence, RI 02903 on the 16th day of August, 2005.

Jacklyn Eio

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: ROBERT E. FLAHERTY, ESQUIRE

TO: CHIEF JUDGE ERNEST C. TORRES

MOTION TO BE EXCUSED FROM COURT

Now comes Robert E. Flaherty, Esquire (#2313) and moves this Honorable Court for permission to be excused from attendance in the U. S. District Court, District of Rhode Island, on the following dates:

RECEIVED MAY 10 2005 U.S. DISTRICT COURT DISTRICT OF R.I.

June 30, 2005 through July 18, 2005 and
August 12, 2005 through August 29, 2005.

1. The Petitioner will be on vacation during the time indicated.

Your Petitioner states that he has the following matters pending before this Court:

The Standard Fire Insurance Company v. Donald Gordon, and Nicole Lea Gordon
Case Number: 04-351S

Opposing Counsel: Ronald Langlois, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Respectfully submitted,

Robert E. Flaherty, Esquire (#2313)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
(401) 781-7200

GRANTED except as to any emergency matters that may occur during the period of the excuse.

Ernest C. Torres, Chief, U.S. District Judge
Date: 5/24/05 By

OK WES
OK MML
OK RRL