UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND
NICOLE LEA GORDON

**PLAINTIFF, THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT, DONALD GORDON**

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff, The Standard Fire Insurance Company ("Standard") moves this Court to compel the Defendant, Donald Gordon to provide responses to Standard's Interrogatories and Request for Production of Documents.

In support of this motion, the Plaintiff relies on its memorandum of law attached hereto.

Plaintiff,
The Standard Fire Insurance Co.,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Robert Flaherty, Esquire, Gregory Sorbello, Esquire**, Flaherty & Lawrence, 70 Jefferson Boulevard, Warwick, RI 02888 and **Dennis J. Tente, Esquire**, Coletti & Tente, 311 Doric Avenue, Cranston, RI 02910 on the 26 day of August, 2005.

Dana Palangio

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND
NICOLE LEA GORDON

**PLAINTIFF, THE STANDARD FIRE INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT, DONALD GORDON**

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff, The Standard Fire Insurance Company ("Standard") moves this Court to compel the Defendant, Donald Gordon to provide responses to Standard's Interrogatories and Request for Production of Documents.

Interrogatories and Request for Production of Documents were propounded to the Defendant, Donald Gordon on or about May 3, 2005. Pursuant to the Federal Rules of Civil Procedure, the Defendant had thirty (30) days, or up to and including June 2, 2005, in which to respond to the discovery requests. A request for an extension to respond to the discovery requests was never received by this office. On or about August 2, 2005, a preliminary conference letter was forwarded to Robert Flaherty, counsel for Donald Gordon, requesting that the discovery responses be received no later than August 15, 2005, due to the court's scheduling of this matter on the trial calendar on August 23, 2005. To date, the Plaintiff still has not received the Defendant, Donald Gordon's responses to Interrogatories and Request for Production of Documents, nor have they received a request for an extension to respond to same. More than thirty (30) days has

elapsed and no response to Interrogatories and Request for Production of Documents has been served on the Plaintiff.

For the reasons set forth above, Plaintiff, Standard Fire Insurance Company, respectfully requests that the Court order Defendant, Donald Gordon, to provide responses to Standard Fire Insurance Company's Interrogatories and Request for Production of Documents within ten (10) days of the granting of this motion.

**CERTIFICATION OF ATTORNEY**

I, Ronald Langlois, hereby certify that pursuant to Rule 26(a) of Civil Procedure, made a good faith effort by conferring with Robert Flaherty, counsel for Donald Gordon, to resolve the pending discovery issues raised by the attached motion.

Plaintiff,
The Standard Fire Insurance Co.,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Robert Flaherty, Esquire, Gregory Sorbello, Esquire**, Flaherty & Lawrence, 70 Jefferson Boulevard, Warwick, RI 02888 and **Dennis J. Tente, Esquire**, Coletti & Tente, 311 Doric Avenue, Cranston, RI 02910 on the 26 day of August, 2005.

Dana Palange