UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V.

DONALD GORDON AND
NICOLE LEA GORDON

C.A.NO.: 04-351S

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**PLAINTIFF, THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT, NICOLE LEA GORDON**

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff, The Standard Fire Insurance Company ("Standard") moves this Court to compel the Defendant, Nicole Lea Gordon to provide responses to Standard's Interrogatories and Request for Production of Documents.

In support of this motion, the Plaintiff relies on its memorandum of law attached hereto.

Plaintiff,
The Standard Fire Insurance Co.,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax (401) 274-6218

No objection has been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 9/13/05