FILED
AUG 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND
NICOLE LEA GORDON

**PLAINTIFF, THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT, DONALD GORDON**

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff, The Standard Fire Insurance Company ("Standard") moves this Court to compel the Defendant, Donald Gordon to provide responses to Standard's Interrogatories and Request for Production of Documents.

In support of this motion, the Plaintiff relies on its memorandum of law attached hereto.

Plaintiff,
The Standard Fire Insurance Co.,
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax (401) 274-6218

**No objection having been timely filed pursuant to t[illegible] Rules for the District of R[illegible]and, the within motion is here[illegible] granted.**

**Deputy Clerk**
**Date:** 9/13/05