UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND
NICOLE LEA GORDON

**AMENDED NOTICE TO TAKE DEPOSITION**

Please take notice that the deposition of **Donald Gordon** will be taken on oral examination before a duly authorized person on **September 29, 2005 at 3:00 p.m.** at the offices of SMITH & BRINK, P.C., One State Street, Suite 400, Providence, RI 02908, at which time and place you are invited to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff
By its attorneys,

SMITH & BRINK, P.C.

Ronald Langlois, Esq. #2891
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Robert Flaherty, Esquire,** Flaherty & Lawrence, 70 Jefferson Boulevard, Warwick, RI 02888, **Dennis Tente, Esquire,** Coletti & Tente, 311 Doric Avenue, Cranston, RI 02910 and **Michael DeLuca, Esquire,** Gidley Sarli & Marusak, One Turks Head Place, Suite 900, Providence, RI 02903 on the 14 day of September, 2005.

Dana Daley