UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Robert Flaherty, Esq.

RE: CA 04-351S

The Standard Fire Insurance Co. v. DonalddGordon, et al

## ORDER

I have reviewed your document(s) presented to the Clerk's Office on 10 / 17 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

___ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

X 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

___ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

___ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

___ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

___ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

___ 8. Document violates Amended General Order 2002-01.

___ 9. Other:__________

ENTER: [signature]

United States Magistrate Judge

Date: 10/17/05

cc: Counsel of Record

RECEIVED
OCT 17 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY<br>Plaintiff | ) | |
| v. | ) | C.A. NO.: 04-351S |
| DONALD GORDON, AND NICOLE LEA GORDON<br>Defendants | ) | |

DEFENDANT, DONALD GORDON'S OBJECTION TO PLAINTIFF, THE STANDARD FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT, DONALD GORDON

Now comes the Defendant, Donald Gordon, in the above-captioned matter, by and through his attorney, and objects to the Plaintiff, The Standard Fire Insurance Company's Motion for Summary Judgment Against Defendant, Donald Gordon.

DONALD GORDON
Defendant,
By his Attorneys,

Robert E. Flaherty, Esq. (#2313)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
(401) 781-7200

CERTIFICATION

I, the undersigned, hereby certify that I did send a copy of the within via first class mail, postage prepaid, to Ronald Langlois, Esq., Smith & Bring, P.C., One State Street, Suite 400, Providence, Rhode Island 02908; Dennis Tente, Esq., Coletti & Tente, 311 Doric Avenue, Cranston, Rhode Island 02910 and to Michael DeLuca, Esq., Gidley, Sarli & Marusak, One Turks Head Place, Suite 900, Providence, RI 02903 on the 14th day of October, 2005.

Jaclyn Eo