# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

## ***NOTICE***

***THE STANDARD FIRE INSURANCE COMPANY***

***V.*** ***CA 04-351S***

***DONALD GORDON, ET AL***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE DAVID L. MARTIN***

***TYPE OF PROCEEDING:*** ***Plaintiff's Motion for Entry of Default Against Donald Gordon***

***PLACE:*** ***U.S. District Court***
***Courtroom B - Room 260***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***Friday, October 28, 2005***

***TIME:*** ***11:00 A.M.***

***David A. DiMarzio, Clerk of Court***

*Martha Saucier*

Martha Saucier
Deputy Clerk
Date: October 20, 2005

**NOTICE SENT TO:** **Langlois, Flaherty, Tente**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7218 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.