**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE STANDARD FIRE<br>INSURANCE COMPANY | : | |
| VS. | : | C.A. NO. 04-351S |
| DONALD GORDON AND<br>NICOLE LEA GORDON | : | |

**NOTICE TO TAKE DEPOSITION**

**PLEASE TAKE NOTICE** that the Deposition of DONALD GORDON will be taken on oral examination before a duly authorized person on November 3, 2005 at 1:00 p.m. at the offices of **COLETTI & TENTE**, 311 Doric Avenue, Cranston, Rhode Island 02910, at which time and place you are invited to appear and take such part in the examination as you may be advised and as shall be fit and proper.

NICOLE LEA GORDON
By her Attorney,

Dennis J. Tente

DENNIS J. TENTE, ESQ. #1949
**COLETTI & TENTE**
311 Doric Ave.
Cranston, RI 02910
Telephone: (401) 941-4050
Fax: (401) 941-2130

**CERTIFICATION**

I hereby certify that true copies of the above Notice to take Deposition were mailed to Ronald Langlois, Esq., One State St., Suite 400, Providence, RI 02908, Michael R. DeLuca, Esq., **GIDLEY, SARLI & MARUSAK, LLP,** One Turks Head Pl., Suite 900, Providence, RI 02903, Robert Flaherty, Esq., **FLAHERTY & LAWRENCE,** 70 Jefferson Blvd., Warwick, RI 02888 and Allied Court Reporters, 115 Phenix Ave., Cranston, RI 02920, postage prepaid, this 19th day of October, 2005.

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130