UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND
NICOLE LEA GORDON

**PLAINTIFF, THE STANDARD FIRE INSURANCE COMPANY'S, MOTION TO EXTEND TIME TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

Now comes the Plaintiff, The Standard Fire Insurance Company (hereinafter "Standard") and respectfully requested that this Court extend the time in which to complete discovery in the above-entitled matter to January 6, 2006, and the time in which to file dispositive motions to January 30, 2006.

As grounds therefore, the Plaintiff states that the Defendant, Donald Gordon, failed to appear for scheduled depositions and timely respond to interrogatories and request for production of documents, in defiance of this Court's orders.

In further support of said motion, the Plaintiff relies on its memorandum of law attached hereto.

Respectfully submitted,

Plaintiff, Standard Property &
Casualty Company
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

# CERTIFICATION

I hereby certify that I mailed a true copy of the within to **Robert Flaherty, Esquire,** Flaherty & Lawrence, 70 Jefferson Boulevard, Warwick, RI 02888, **Dennis Tente, Esquire**, Coletti & Tente, 311 Doric Avenue, Cranston, RI 02910 on the 26 day of October, 2005.

Dana Palangio

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND
NICOLE LEA GORDON

**PLAINTIFF, THE STANDARD FIRE INSURANCE COMPANY'S, MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXTEND TIME TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

This is a declaratory judgment action in which the Standard Fire Insurance Company (hereinafter "Standard") seeks a determination as to whether "Standard" has a duty to defend and indemnify Donald Gordon in the matter of Nicole Gordon v. Donald Gordon, Washington County Superior Court, C.A.No: 04-0248.

The underlying lawsuit arises out of incident, which occurred on July 25, 2002, at a residence located at 52 Lake Street, Wakefield, Rhode Island, which the Defendant, Donald Gordon owned. For reasons that are presently unknown, Mr. Gordon's adult emancipated daughter, Nicole Gordon, fell down a set of stairs while residing at the premises with her boyfriend.

On or about April 19, 2004, Nicole Lea Gordon filed a suit against her father for negligently maintaining the premises at 52 Lake Street. The Standard Fire Insurance Company is presently providing a defense to Mr. Gordon in that action pursuant to a reservation of rights.

Interrogatories and Request for Production of Documents were propounded to the Defendant, Donald Gordon, on or about May 3, 2005. The Plaintiff filed a Motion to compel discovery responses from Donald Gordon on or about August 26, 2005. On

September 13, 2005, the Court granted the Plaintiff's motion to compel. As a result of the order entered by the court, the Defendant was to produce discovery responses by September 23, 2005. Plaintiff's counsel has continuously attempted to schedule the deposition of Donald Gordon as well as obtain the requested documents.

On September 13, 2005, all parties in this matter appeared before the Court for a status conference. At that time, this Court was apprised of Mr. Gordon's failure to appear at previously noticed depositions as well as his failure to respond to the outstanding Interrogatories and Request for Production of Documents. Mr. Gordon's attorney represented to the Court that "no order was needed" to compel Mr. Gordon's attendance at a deposition. Immediately following the conference, the parties in this matter conferred in the hallway and arranged for a mutually convenient time of September 29, 2005 at 3:00 p.m. to conduct the deposition of Mr. Gordon. Counsel for Mr. Gordon represented that the discovery responses would be produced prior to the deposition. These dates were memorialized in communications between the parties. During the afternoon of September 27, 2005, in response to communications by plaintiff's counsel, counsel for Mr. Gordon advised that he did not have answers to Interrogatories, responses to the Request for Production of Documents, nor was Mr. Gordon appearing for the deposition.

On September 30, 2005, The Standard Fire Insurance Company moved for entry of judgment against Donald Gordon for failure to comply with this Court's discovery orders and his failure to make himself available for a deposition. No opposition has ever been filed for the motion for entry of judgment. On or about October 20, 2005, the Court scheduled a hearing on the motion for entry of judgment on October 28, 2005. On the

afternoon of October 21, 2005, counsel for Donald Gordon hand delivered answers to interrogatories and response to request for production of documents. Counsel for The Standard Fire Insurance Company has informed counsel for Donald Gordon that these requests are inadequate, particularly with respect to tax returns. On or about October 25, 2005, counsel for Donald Gordon delivered additional tax information, which counsel for The Standard Fire Insurance Company still deems inadequate. Accordingly, given Donald Gordon's failure to comply with this Court's discovery orders and properly respond to discovery requests, the Plaintiff, The Standard Fire Insurance Company has been unable to complete discovery and to supplement its motion for summary judgment in accordance with this Court's previous schedule. Plaintiff's counsel has suggested the foregoing dates of January 6, 2006 and January 30, 2006 because: (a) the Standard Fire Insurance Company still does not have the requested information, and (b) we are now facing the holiday season.

Wherefore, the Plaintiff, The Standard Fire Insurance Company respectfully requests that this Court extend the time in which to complete discovery to January 6, 2006 and the time in which to file dispositive motions to January 30, 2006.

Respectfully submitted,

Plaintiff, Standard Property &
Casualty Company
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to **Robert Flaherty, Esquire,** Flaherty & Lawrence, 70 Jefferson Boulevard, Warwick, RI 02888, **Dennis Tente, Esquire**, Coletti & Tente, 311 Doric Avenue, Cranston, RI 02910 on the 26 day of October, 2005.

Dana Palangio