FILED
OCT 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

THE STANDARD FIRE
INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND
NICOLE LEA GORDON

**PLAINTIFF, THE STANDARD FIRE INSURANCE COMPANY'S, MOTION TO EXTEND TIME TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

Now comes the Plaintiff, The Standard Fire Insurance Company (hereinafter "Standard") and respectfully requested that this Court extend the time in which to complete discovery in the above-entitled matter to January 6, 2006, and the time in which to file dispositive motions to January 30, 2006.

As grounds therefore, the Plaintiff states that the Defendant, Donald Gordon, failed to appear for scheduled depositions and timely respond to interrogatories and request for production of documents, in defiance of this Court's orders.

In further support of said motion, the Plaintiff relies on its memorandum of law attached hereto.

GRANTED, no objection having been filed.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
November 14, 2005

Respectfully submitted,

Plaintiff, Standard Property &
Casualty Company
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

Referred to U.S.M.J. MARTIN
Date 10/27/05