**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY | : | |
| VS. | : | C.A. NO. 04-351S |
| DONALD GORDON AND NICOLE LEA GORDON | : | |

**MOTION TO WITHDRAW**

Now comes DENNIS J. TENTE, ESQ., counsel for Defendant, NICOLE LEA GORDON, and moves to withdraw as counsel for said Defendant. As grounds therefor, counsel avers:

1. On Friday, November 4, 2005, a hearing was conducted before United States Magistrate Judge David L. Martin on Plaintiff's Motion for Entry of Judgment against Defendant, DONALD GORDON. A copy of the Order resulting from said hearing is incorporated by reference herein, attached hereto and identified as Exhibit 1 to this Motion.

2. On Saturday, November 5, 2005, counsel for Defendant, NICOLE LEA GORDON, received a telephone call at home from Ms. Gordon indicating that she wanted your Petitioner to agree to dismiss both this matter and the underlying tort claim which is pending in Rhode Island Superior Court, Washington County.

3. Ms. Gordon indicated that she had talked for approximately two (2) hours with her father, Defendant, DONALD GORDON, and that he indicated to her that he could no longer afford legal representation in this matter, and that all of the matters were adversely affecting his health. Mr. Gordon is the Defendant in the underlying tort matter which, as previously indicated, has been filed in Rhode Island Superior Court, Washington County.

4. Defendant herein, NICOLE LEA GORDON, commenced the underlying tort claim as a result of fracturing her back on the premises of Defendant herein, DONALD

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

GORDON, who at the time was insured by the Plaintiff herein, THE STANDARD FIRE INSURANCE COMPANY.

5. Your Petitioner herein, DENNIS J. TENTE, ESQ., has advised Ms. Gordon that it is not in her best interest to agree to dismiss either claim, and Ms. Gordon will not comply with your Petitioner's advice.

6. If, in fact, Defendant, DONALD GORDON, is indigent, and cannot afford to pay for further representation in this matter, your Petitioner herein could certainly aid Mr. Gordon in providing appropriate discovery responses since the issues involved in this matter are identical as they involve Mr. Gordon, as well as Petitioner's client, NICOLE LEA GORDON.

**WHEREFORE,** your Petitioner, DENNIS J. TENTE, ESQ., prays:

1. That this Court schedule oral argument with regard to this Motion in order to determine the following:

   a. That it determine that your Defendant, NICOLE LEA GORDON, is voluntarily dismissing this matter, as well as the State Court proceeding.

   b. That this Court determine whether Defendant, DONALD GORDON, is, in fact, indigent and whether his interest in this matter along with that of Defendant, NICOLE LEA GORDON, are identical.

   c. Whether it is in the best interest of NICOLE LEA GORDON that this matter, as well as the underlying litigation be dismissed.

2. Should this Court determine that it is in Defendant's, NICOLE LEA GORDON, best interest to dismiss this litigation, that it allow your Petitioner to withdraw and further allow Ms. Gordon to personally endorse any Dismissal Stipulation.

3. That this Court grant your Petitioner any and all further relief that it deems just in the circumstances of the within matter.

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130

NICOLE LEA GORDON
By her Attorney,

Dennis J. Tente

DENNIS J. TENTE, ESQ. #1949
**COLETTI & TENTE**
311 Doric Ave.
Cranston, RI 02910
941-4050

**CERTIFICATION**

I hereby certify that true copies of the within Motion to Withdraw were sent to Ronald Langlois, Esq., **SMITH & BRINK, P.C.**, One State St., Suite 400, Providence, RI 02908, Robert Flaherty, Esq., **FLAHERTY & LAWRENCE**, 70 Jefferson Blvd., Warwick, RI 02888 and Michael DeLuca, Esq., **GIDLEY, SARLI & MARUSAK**, One Turks Head Pl., Suite 900, Providence, RI 02903, via facsimile and mail, postage prepaid, this 8th day of November, 2005.

Joanne Catanzaro

Law Offices
COLETTI & TENTE
311 Doric Avenue
Cranston, RI 02910
(401) 941-4050
Fax (401) 941-2130