UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE STANDARD FIRE INSURANCE COMPANY,
Plaintiff,

v. CA 04-351 S

DONALD GORDON and NICOLE LEA GORDON,
Defendants.

**ORDER**
**CONTINUING HEARING**
**ON PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

On November 4, 2005, the court conducted a hearing on Plaintiff, The Standard Fire Insurance Company's Motion for Entry of Judgment against Defendant, Donald Gordon (Document ("Doc.") #30) ("Motion"). After listening to argument, the court determined that the matter should be continued to Monday, December 5, 2005, for further hearing. In the meantime, the court ordered:

1. that not later than **Thursday, November 10, 2005,** Plaintiff's counsel will provide counsel for Defendant Donald Gordon ("Mr. Gordon") with a written statement, identifying the deficiencies in Mr. Gordon's responses to Plaintiff's interrogatories and request for production;

2. that after receiving the above written statement Mr. Gordon must supplement his responses to Plaintiff's interrogatories and request for production and his supplemental responses must be full and complete to the best of his ability;

3. that prior to **Monday, December 5, 2005** (the specific date to be agreed upon by counsel), Mr. Gordon will submit to being deposed by Plaintiff's counsel;

**EXHIBIT 1**

4. that **at least forty-eight (48) hours prior to Mr. Gordon's deposition** his supplemental responses to Plaintiff's interrogatories and request for production must be delivered to Plaintiff's counsel.

The court also personally admonished Mr. Gordon for not complying with his discovery obligations. The court warned him that if he fails to fully and completely supplement his responses to Plaintiff's interrogatories[1] and request for production and to submit to being deposed in accordance with this Order the court may recommend that the Motion be granted and that judgment be entered against him.

So Ordered.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
November 4, 2005

BY ORDER:

Deputy Clerk

[1] The court reviewed Mr. Gordon's responses to the interrogatories and found his answers to be incomplete and not evidencing a good faith effort to answer the questions fully and completely.