UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE STANDARD FIRE INSURANCE COMPANY, Plaintiff, | : | |
| v. | : | CA 04-351 S |
| DONALD GORDON and NICOLE LEA GORDON, Defendants. | : | |

**ORDER**
**RE FINAL CONTINUANCE OF HEARING**
**ON PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**
**AND MOTION OF DENNIS J. TENTE TO WITHDRAW**

On February 7, 2006, the court conducted a further hearing on Plaintiff, The Standard Fire Insurance Company's Motion for Entry of Judgment against Defendant, Donald Gordon (Document ("Doc.") #30) ("Motion for Entry of Judgment") and also on the Motion to Withdraw (Doc. #38) of Attorney Dennis J. Tente ("Mr. Tente"). At that time, Mr. Tente informed the court that his motion to withdraw as counsel for Plaintiff Nicole Lea Gordon ("Ms. Gordon") in the underlying state action in the Washington County Superior Court had been granted and that Judge Rubine had deemed Ms. Gordon to be representing herself in that action. Plaintiff Standard Fire Insurance Company, Attorney Ronald P. Langlois ("Mr. Langlois"), expressed the belief that the underlying state action would be dismissed within the next two weeks.

After so advising the court, Mr. Langlois requested permission to send a stipulation of dismissal in this action directly to Ms. Gordon, and Mr. Tente requested that his Motion to Withdraw as counsel for Ms. Gordon be granted. After receiving these requests, the court authorized Mr. Langlois to send the dismissal stipulation directly to Ms. Gordon and ruled

that Mr. Tente's Motion to Withdraw would be deemed granted upon the filing of the dismissal stipulation in this court.[1]

If that dismissal stipulation is filed by February 27, 2006, the parties and counsel need not appear at the control hearing which the court is scheduling for February 28, 2006, at 10:00 a.m. **However, if the dismissal stipulation has not been filed by February 27, 2006, all counsel and Defendants Donald Gordon and Nicole Lea Gordon must appear for the hearing on February 28, 2006, at 10:00 a.m.**

So Ordered.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
February 7, 2006

BY ORDER:

Deputy Clerk

[1] The court chooses to delay the granting of Mr. Tente's Motion to Withdraw until the stipulation of dismissal is filed in order to avoid a situation where Ms. Gordon is unrepresented but for one reason or another the dismissal stipulation is not filed.