UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 28 2006
Property of U.S. District Court
District of Rhode Island

THE STANDARD FIRE INSURANCE COMPANY

V. C.A.NO.: 04-351S

DONALD GORDON AND NICOLE LEA GORDON

**DISMISSAL STIPULATION**

Plaintiff's Complaint and Defendants' counterclaim are hereby dismissed with prejudice, no interest, no costs.

Plaintiff,
The Standard Fire Insurance Company
By its attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/1/06

Defendants
Donald Gordon and
Nicole Gordon
By their attorneys,

Robert Flaherty, Esq.
Flaherty & Lawrence
70 Jefferson Boulevard
Warwick, RI 02888
Tel: (401) 781-7200

Dated: 2/28/06